JOHN DOE Individually and on behalf of his minor two children, Plaintiffs–Appellees,

v.

STATE OF LOUISIANA, et al., Defendants,

PAULA BENNETT AND SHERYL GEORGE, Defendants–Appellants.

No. 92–3144.

Dec. 17, 1992.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before THORNBERRY, DAVIS and SMITH.

PER CURIAM:

The court having decided that this case should be heard at Oral Argument, the original opinion is VACATED and the case shall appear on the Oral Argument Calendar.